IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | Case No. BK21-40519 |
| ) | Chapter 12 |
| CHAD THOMAS and LISA THOMAS ) | |
| ) | |
| ) | |
| Debtor. ) | |

ENTRY OF APPEARANCE AND
REQUEST FOR NOTICE

COMES NOW, Simmons Olsen Law Firm, P.C., and L.L.O. and hereby enters its appearance as attorneys for Equity Bank, a Creditor and party in interest in the above-captioned case.

Equity Bank requests that services and all notices to which it is entitled be served upon it and upon the individual at the address below, and that the following individual and address be added to the Court's Master Matrix:

> Adam A. Hoesing
> Simmons Olsen Law Firm, P.C., L.L.O.
> 1502 Second Avenue
> Scottsbluff, NE 69361
> ahoesing@simmonsolsen.com

Dated this 11th day of May, 2021.

Equity Bank,
Creditor,

By _____
One of Its Attorneys

ADAM A. HOESING,
SIMMONS OLSEN LAW FIRM, P.C., L.L.O.
1502 Second Avenue
Scottsbluff, NE 69361-3174
Telephone: (308) 632-3811
NSBA #24938

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2021, I electronically filed the foregoing with the United States Bankruptcy Court by using the CM/ECF System, and notice thereof was sent to all CM/ECF registered counsel of record.

_____
Adam A. Hoesing